**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**GREAT AMERICAN INSURANCE CO.**                                    **CIVIL ACTION**

**VERSUS**                                                                              **NO. 03-2793**

**McELWEE BROTHERS, INC., ET AL.**                                **SECTION "K"(2)**

## ORDER AND REASONS

Before the Court are Great American Insurance Company's Motion to Strike Defendant's Counterclaim (Doc. No. 151) and Great American Insurance Company's Motion fro Rule 11 Sanctions (Doc. 150).  Great American Insurance Company ("Great American") seeks in the Motion to Strike to have the counterclaim filed by The Joint Venture stricken as it is  in violation of the Federal Rules of Civil Procedure, was contrary to the confession of judgment entered into by the defendants before the Court on February 4, 2005, and was in direct violation of this Court's Order dated May 16, 2006.  These motions were initially set for hearing on August 23, 2006 and on the Joint Venture's motion, were continued to September 6, 2006.  Great American also seeks sanctions for the alleged violation.

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to these motions has been timely submitted.

Accordingly, this motion is deemed to be unopposed.  Furthermore, it appears to the Court that the Motion to Strike  has merit as this Court ruled on May 16, 2006 that  any counterclaims were waived at the time of the February 4, 2005 confession of liability, particularly considering that this matter was poised for trial at that time, a pretrial order had been filed in this matter and no such claim had even been filed at that time.  Only damages remained

at issue at that point and any attempt to re-open the case was without the approval of the Court as demonstrated by that May 16, 2006 order.  Accordingly,

       **IT IS ORDERED** that Great American Insurance Company's Motion to Strike Defendant's Counterclaim (Doc. No. 151) is **GRANTED**.

       **IT IS FURTHER ORDERED** that Great American Insurance Company's Motion for Rule 11 Sanctions (Doc. 150) is **DENIED**; however, counsel is placed on notice that any further blatant disregard of the Court's rulings and rules will be subject of further action by the Court.

       New Orleans, Louisiana, this  31st  day of August, 2006.

 

 

                                **STANWOOD R. DUVAL, JR.**
                    **UNITED STATES DISTRICT COURT JUDGE**