UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREAT AMERICAN INSURANCE CO.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-2793** |
| **McELWEE BROTHERS, INC., ET AL.** | **SECTION "K"(2)** |

## ORDER AND REASONS

Before the Court is a Motion for Relief Under Rules 8, 12 and 56 to Melvin McElwee's Cross Claim which was set for hearing on February 21, 2007. L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to date has been filed.

This motion is deemed to be unopposed. Furthermore, it is evident that the motion has merit in that the claims addressed in the cross-claim were the subject of *Melvin M.L. McElwee, et al. v. Ronald U Davis, et al.,* C.A. No. 03-2092, and such claims have been referred to arbitration which has not been initiated by Mr. McElwee. The Cross-Claim is contained in Mr. McElwee's and Ms. Hurst's Answer and is stated by incorporating the original complaint in C.A. No. 03-2092. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this 7th day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE